Per Curiam.

(No. 75-CC-307—

Vulcan Signs and Stampings, Inc., Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed January 14, 1975.*

Vulcan Signs and Stampings, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-316—

Cyclops Welding Co., Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed January 14, 1975.*

Cyclops Welding Co., Claimant pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.